UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON BECKHAM,

    Plaintiff,

    v.                                         Case No. 06-C-0978

CITY OF MILWAUKEE, POLICE
OFFICER CHAD STILES, POLICE
OFFICER STEVEN J. HAINZL, and
POLICE OFFICER DOUGLAS R. MARX,

    Defendants.

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that witness Keith G. Scott appear before this court immediately, and show cause why he should not be held in contempt, relative to his failure to appear at the Offices of the Milwaukee City Attorney on November 29, 2007, for the purpose of presenting deposition testimony, with reference to the above-captioned matter.

IT IS ALSO ORDERED that the Clerk's Office provide the United States Marshal with a certified copy of this order, and that the United States Marshal serve such order upon the witness, Keith G. Scott, forthwith, and make due return thereon.

Dated and signed at Milwaukee, Wisconsin this 17th day of January, 2008.

                                      BY THE COURT:

                                      s/ C. N. CLEVERT, JR.
                                      Charles N. Clevert, Jr.
                                      United States District Judge

*1032-2006-2458.001:126334*